(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Uva, Michael F. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Uva, Raimonda M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Tamburello |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 5848 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4455 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>481 Victoria Drive<br>Wood Dale, IL  60191 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>481 Victoria Drive<br>Wood Dale, IL  60191 |
| County of Residence or of the<br>Principal Place of Business:  Du Page | County of Residence or of the<br>Principal Place of Business:  Du Page |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | *Chapter 13 W/Plan*<br>Attorney:  John E. Ellsworth, 006609<br>John Ellsworth, Attorney At Law<br>345 Georgetown Square, Suite 204<br>Wood Dale, IL  60191   ph: (630) 766-3976 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule

**Statistical/Administrative Information** (Estimates only)
- ☑ Debtor estimates that funds will be available for distribution to unsecured cre
- ☐ Debtor estimates that, after any exempt property is excluded and administrati be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/05/2004
Time: 15:42:56
Debtor: MICHAEL F UVA
Case: 04-04431     Fee : 194
Chapter: 13 Rec. # : 3060519
Judge: John Squires
341 mtg: 03/17/2004 @ 12:00PM
ConfHrg: 04/02/2004 @ 11:30AM
Trustee: GLENN STEARNS

1:04BK04431-BK001

*Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597 - 31798*

**(Official Form 1) (12/03)**

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): Michael F. Uva & Raimonda M. Uva |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Michael F. Uva_
Signature of Debtor

X _Raimonda M. Uva_
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

JOHN E. ELLSWORTH 0009369
Printed Name of Attorney for Debtor(s)

John Ellsworth, Attorney At Law
Firm Name

345 Georgetown Square, Suite 204
Address

Wood Dale, IL  60191

(630) 766-3976
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597 - 31798

FORM B6A
(10/89)

In re Michael Uva & Raimonda M. Uva
        Debtor

Case No. _____ (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Townhouse in Wood Dale, Illinois 481 Victoria Drive Wood Dale, IL 60191 | Fee Simple | J | 215,000.00 | 181,000.00 |
| | | | Total ▶ 215,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004 New Hope Software, Inc. ver 3.7.0-597 - 31798

FORM B6B
(10/89)    Michael Uva & Raimonda M. Uva

In re _____    Case No. _____
                 Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand<br><br>Debtor's possession | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings<br><br>Debtor's possession<br>Itasca Bank<br>Itasca, IL | J | 36.00 |
| | | Checking Account - Itasca Bank<br><br>Itasca, IL | J | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings<br><br>Debtor's possession<br>residence | J | 3,000.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-597 - 31798

FORM B6B
(10/89)

In re _Michael Uva & Raimonda M. Uva_____    Case No. _____
                                    Debtor                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothing<br><br>Debtor's possession | J | 200.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k)<br><br>Debtor's possession | H | 3,000.00 |
| 12.   Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.   Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.   Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.   Accounts receivable. | X | | | |
| 16.   Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.   Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7.0-597 - 31798

FORM B6B
(10/89)

Michael Uva & Raimonda M. Uva

In re _____    Case No. _____
                    Debtor                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Lexus ES 300 Debtor's possession | J | 7,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Computer Debtor's possession | H | 50.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7 0-597 - 31798

FORM B6B
(10/89)

In re Michael Uva & Raimonda M. Uva

Debtor

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |
| | | | Total ▶ $ | 13,936.00 |

0 continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver 3.7.6-597 - 31788

FORM B6C
(6/90)

In re Michael Uva & Raimonda M. Uva

Debtor

Case No.

(if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Townhouse in Wood Dale, Illinois | (Husb)735 I.L.C.S 5§12-901<br>(Wife)735 I.L.C.S 5§12-901 | 7,500.00<br>7,500.00 | 215,000.00 |
| Cash on hand | (Husb)735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| Savings | (Wife)735 I.L.C.S 5§12-1001(b) | 36.00 | 36.00 |
| Household furnishings | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 1,900.00<br>1,100.00 | 3,000.00 |
| Clothing | (Wife)735 I.L.C.S 5§12-1001(a) | 200.00 | 200.00 |
| 401(k) | (Husb)735 I.L.C.S 5§12-1006 | 3,000.00 | 3,000.00 |
| 1997 Lexus ES 300 | (Husb)735 I.L.C.S 5§12-1001(c)<br>(Wife)735 I.L.C.S 5§12-1001(c) | 1,200.00<br>1,200.00 | 7,500.00 |
| Computer | (Husb)735 I.L.C.S 5§12-1001(d) | 50.00 | 50.00 |
| Checking Account - Itasca Bank | (Wife)735 I.L.C.S 5§12-1001(b) | 50.00 | 50.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0-597 - 31798

Form B6D
(12/03)

In re __Michael Uva & Raimonda M. Uva_____,      Case No. _____
                       Debtor                                                           (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> James B. Nutter <br><br> | | J | Incurred: 8/1/2003 <br> Lien: 1st Mortgage <br> Security: 481 Victoria Drive, Wood Dale, IL 60191 <br> Debtors will reaffirm <br><br> VALUE $ 215,000.00 | | | | 181,000.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| | | | Subtotal ▶ (Total of this page) | | | | $ 181,000.00 | |
| | | | Total ▶ (Use only on last page) | | | | $ 181,000.00 | |

0 ___ continuation sheets attached

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver.3.7.0-597 - 31798

Form B6E
(12/03)

In re Michael Uva & Raimonda M. Uva                    Case No. _____
_____                              (if known)
            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    0    continuation sheets attached

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597 - 31798

Form B6F (12/03)

In re  **Michael Uva & Raimonda M. Uva**                          Case No. _____
                                                                          (If known)
           Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00674945 <br><br> Alexian Brothers <br> 800 Biesterfield Road <br> Elk Grove Village, IL  60007 | | J | Incurred: 8/03 <br> Consideration: Medical services | | | | 1,490.00 |
| ACCOUNT NO.  00674945 <br><br> Alexian Brothers <br> 800 Biesterfield Road <br> Elk Grove Village, IL  60007 | | J | Incurred: 8/03 <br> Consideration: Medical services | | | | 289.00 |
| ACCOUNT NO. <br><br> Alta Villa Landscaping <br> POB 2014 <br> Des Plaines, IL  60017 | | J | Incurred: n/a <br> Disputed and unliquidated. | | | | 0.00 |
| ACCOUNT NO.  007359 <br><br> Bob & Peg's Dental <br> 2241 W. Schaumburg Road <br> Schaumburg, IL  60194 | | J | Consideration: Medical services | | | | 188.00 |

_____5_____ continuation sheets attached

Subtotal ➤ | $ | 1,967.00
(Total of this page)

Total ➤ | $ |
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-597 - 31798

Form B6F - Cont.
(12/03)

Michael Uva & Raimonda M. Uva

In re _____,              Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5178-05225-1505638<br><br>Capital One Bank<br>1957 Westmoreland Road<br>Richmond, VA 23276 | | W | Consideration: Credit card debt | | | | 687.00 |
| ACCOUNT NO.  5291-4921-8057-5207<br><br>Capital One Bank<br>1957 Westmoreland Road<br>Richmond, VA 23276 | | W | Consideration: Credit card debt | | | | 5,595.00 |
| ACCOUNT NO.  6032-5903-2057-5680<br><br>CitiFinancial Retail Services<br>POB 8019<br>South Hackensack, NJ 07606-8019 | | J | Incurred: 7/03<br>Consideration: Wick's account | | | | 2,490.00 |
| ACCOUNT NO. 50245101832<br><br>Columbia House<br>1400 N. Fruitridge Ave.<br>Terre Haute, IN 47811 | | J | Incurred: 7/03<br>Consideration: Consumer purchases | | | | 79.00 |
| ACCOUNT NO. 50310318048<br><br>Columbia House<br>1400 N. Fruitridge Avenue<br>Terre Haute, IN 47811 | | J | Incurred: 7/03<br>Consideration: Consumer purchases | | | | 28.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.70-597 - 31798

Sheet no.  1  of 5  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $      8,879.00
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Michael Uva & Raimonda M. Uva

In re _____,                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 167922<br>FCI<br>3703 West Lake Avenue<br>Glenview, IL 60025-5823 | | W | Incurred: 10/03<br>Consideration: Medical services | | | | 275.00 |
| ACCOUNT NO. 00 165929456<br>Great Gifts<br>POB 26597<br>Lehigh Valley, PA 18002-6597 | | W | Incurred: 9/2003 | | | | 118.00 |
| ACCOUNT NO. 5856-3706-8809-7667<br>Harlem Furniture<br>POB 659704<br>San Antonio, TX 78265-9704 | | J | Incurred: 2003<br>Consideration: Credit card debt | | | | 1,441.00 |
| ACCOUNT NO. 307357712<br>Hawthorne Village<br>9210 North Maryland Street<br>Niles, IL | | J | Consideration: Consumer purchases | | | | 38.00 |
| ACCOUNT NO. 0006-0043-0090-4742-068<br>Household Bank<br>POB 15521<br>Baltimore, MD 21297 | | J | Incurred: 2003<br>Consideration: Credit card debt<br>Menard's | | | | 2,847.00 |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 4,719.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0-597 - 31798

Form B6F - Cont.
(12/03)

Michael Uva & Raimonda M. Uva

In re _____,          Case No. _____
                    **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5433-3900-0498-9480 <br><br> Household Bank <br> POB 17051 <br> Baltimore, MD  21297 | | J | Incurred: 2003 <br> Consideration: Credit card debt | | | | 1,744.00 |
| ACCOUNT NO.  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 6 <br><br> I.D.E.S. <br> Benefits Repayment <br> POB 4385 <br> Chicago, IL  60680-4385 | | W | Incurred: 2003 <br> Consideration: Unemployment overpayment | | | | 306.00 |
| ACCOUNT NO.  5417-9570-3147-3938 <br><br> Key Bank <br> POB 6409 <br> The Lakes, NV  88901-6409 | | H | Incurred: 2003 <br> Consideration: Credit card debt | | | | 6,847.00 |
| ACCOUNT NO.  075-093-963 <br><br> Lane Bryant <br> POB 659728 <br> San Antonio, TX  78265-9728 | | J | Incurred: 9/03 <br> Consideration: Credit card debt | | | | 1,057.00 |
| ACCOUNT NO.  5329-0550-7370-0939 <br><br> MBNA America <br> POB 15137 <br> Wilmington, DE 19886-5137 | | H | Incurred: 2003 <br> Consideration: Credit card debt | | | | 4,383.00 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $   14,337.00
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597  - 31798

Form B6F - Cont.
(12/03)

Michael Uva & Raimonda M. Uva

In re _____,        Case No. _____
         Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 338-729-783 02<br><br>Pier 1 Imports<br>POB 90094<br>West Chester, OH  45071-9094 | | J | Incurred: 2003<br>Consideration: Credit card debt | | | | 272.00 |
| ACCOUNT NO. Alta Villa Landscaping v. Uva<br><br>Raiford D. Palmer<br>Angelina & Palmer<br>1701 W. Woodfield Road, Suite 640<br>Schaumburg, IL  60173 | | H | Incurred: Notice only<br>Consideration: Notice only<br>Disputed and unliquidated | | | | 0.00 |
| ACCOUNT NO. 77 1170 2751191 8<br><br>Sam's Club<br>POB 105980<br>Atlanta, GA  30353-5980 | | J | Consideration: Credit card debt | | | | 440.00 |
| ACCOUNT NO. 11 50009 49460 2<br><br>Sears Card<br>POB 182149<br>Columbus, OH  43218-2149 | | J | Incurred: 9/03<br>Consideration: Credit card debt | | | | 474.00 |
| ACCOUNT NO. 791 127 409 9570<br><br>Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI  535666 | | J | Incurred: 2003<br>Consideration: Credit card debt | | | | 670.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0c-597 - 31798

Sheet no. __4__ of _5_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $    1,856.00
(Total of this page)
Total ▶     $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Michael Uva & Raimonda M. Uva

In re _____        Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 101523210-8 <br><br> Silkies <br> POB 7857 <br> Philadelphia, PA 19188 | | J | Incurred: 2003 <br> Consideration: Consumer purchases | | | | 31.00 |
| ACCOUNT NO. <br><br> Synergy Credit Services <br> POB 1927 <br> Santa Rosa, CA 95402 | | J | Consideration: Consumer purchases magazines | | | | 245.36 |
| ACCOUNT NO. 5856-3707-2677-1281 <br><br> Value City Furniture <br> POB 659704 <br> San Antonio, TX 78265 | | J | Consideration: Consumer purchases | | | | 1,801.00 |
| ACCOUNT NO. 6032-5903-2057-5680 <br><br> Wick's (CitiFinancial) <br> POB 8019 <br> South Hackensack, NJ 07606 | | J | Incurred: Notice Only <br> Consideration: Notice only <br> Citifinancial | | | | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ (Total of this page)    $ 2,077.36

Total ▶    $ 33,835.36
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-597 - 31798

FORM B6G
(10/89)

In re Michael Uva & Raimonda M. Uva

Case No. _____

_____
Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597 - 31798

FORM B6H
(6/90)

In re _Michael Uva & Raimonda M. Uva_____    Case No. _____
                            Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-597 - 31798

Form B6I
12/03

In re _Michael Uva & Raimonda M. Uva_____,     Case No._____
          Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP   No dependents | AGE |

| Employment: Occupation | DEBTOR   Mortgage Broker | SPOUSE   Loan Reviewer |
|---|---|---|
| Name of Employer | Self-employed | Household/HFC |
| How long employed | | 1 month |
| Address of Employer | home | 770 N. Wood Dale Road |
| | | Wood Dale, IL  60191 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 1,150.00 | $ 3,000.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,150.00 | $ 3,000.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 150.00 | $ 790.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 150.00 | $ 790.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,000.00 | $ 2,210.00 |
| Regular income from operation of business or profession or farm | $ 0.00 | $ 0.00 |
| (attach detailed statement) | | |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance | $ 0.00 | $ 0.00 |
| (Specify)_____ | | |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| (Specify)_____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,000.00 | $ 2,210.00 |

TOTAL COMBINED MONTHLY INCOME        $ 3,210.00            (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-597 - 31798

FORM B6J
(6/90)

In re ___Michael Uva & Raimonda M. Uva___,   Case No. _____
                     Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,485.00 |
| Are real estate taxes included?   Yes __✓__   No _____ | | |
| Is property insurance included?   Yes __✓__   No _____ | | |
| Utilities    Electricity and heating fuel | $ | 200.00 |
| Water and sewer | $ | 75.00 |
| Telephone | $ | 150.00 |
| Other _____ | $ | 225.00 |
| Home maintenance (Repairs and upkeep) | $ | 120.00 |
| Food | $ | 400.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 49.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 125.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 125.00 |
| Other _____ | $ | 6.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,010.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 3,210.00 |
| B. Total projected monthly expenses | $ | 3,010.00 |
| C. Excess income (A minus B) | $ | 200.00 |
| D. Total amount to be paid into plan each _____monthly_____ | $ | 0.00 |
| (interval) | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-597 - .31798

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

Michael Uva & Raimonda M. Uva

In re _____     Case No. _____
                    Debtor                                              (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $ 215,000.00 | | |
| B - Personal Property | YES | 4 | $ 13,936.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 181,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 33,835.36 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,210.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,010.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 18 | | | |
| Total Assets ▶ | | | 228,936.00 | | |
| Total Liabilities ▶ | | | | 214,835.36 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7 0-597 - 31798

Official Form 6-Cont.
(12/03)

In re  Michael Uva & Raimonda M. Uva _____,      Case No. _____
                        Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____
sheets and that they are true and correct to the best of my knowledge, information and belief.              (Total shown on summary page plus 1)

Date ___1-28-04___        Signature _____*Michael F. Uva*_____
                                                              Debtor

Date ___1-28-04___        Signature _____*Raimonda M. Uva*_____
                                                           (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                _____
Printed or Typed Name of Bankruptcy Petition Preparer              Social Security No.
                                                                                        (Required by 11 U.S.C. § 110(c).)

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____              _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004 New Hope Software, Inc. ver 3.7.0-597 - 31798

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re   Michael Uva & Raimonda M. Uva                Case No. _____

                    (Name)                                                                     (if known)

                                Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. **Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from
☐         operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.
          State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor
          that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report
          fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed,
          state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state
          income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
          petition is not filed.)

     AMOUNT                                    SOURCE (if more than one)

     2004(H)                    0

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. · ver 3.7.0-597 · 31798

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2003(H) | 13000 | |
| 2002(H) | | |

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2004(W) | 1105 | |
| 2003(W) | 34000 | |
| 2002(W) | | |

**2.   Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.   If a joint petition is filed, state income for each spouse separately.   (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| | |

**3.   Payments to Creditors**

None ☒   a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐   b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.   (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Alta Vista Landscaping, Inc., Plaintiff v. Michael F. Uva, Defendant | Suit for money judgment | Cook County Circuit Court Rolling Meadows Municipal Court Rolling Meadows, IL | pending trial |
| No. 03M3002705 | | | |

None
☒

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-597 - 31798

**9.   Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John E. Ellsworth<br>John Ellsworth, Attorney At Law<br>345 Georgetown Square, Suite 204<br>Wood Dale, IL  60191 | 1/20/2004 | $1500 |

**10.   Other transfers**

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Itasca Bank Itasca, IL | Debtors | Passports, auto title, insurance documents | |

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy 2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-597 - 31798

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Bankruptcy2004 ©1991-2004 New Hope Software, Inc. ver 3.7.0-597 - 31798

**18.  Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-------------------------|---------|---------------------|-----------------------------|
|      |                         |         |                     |                             |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                    ADDRESS

## [Questions 19 - 25 are not applicable to this case]

∗   ∗   ∗   ∗   ∗   ∗

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *1-28-04*                    Signature of Debtor   _Michael F. Uva_
                                                          MICHAEL F. UVA

Date   *1-28-04*                    Signature of Joint Debtor   _Raimonda M. Uva_
                                                          RAIMONDA M. UVA

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0-597 - 31798

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__0__ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

Alexian Brothers
800 Biesterfield Road
Elk Grove Village, IL   60007

Alexian Brothers
800 Biesterfield Road
Elk Grove Village, IL   60007

Alta Villa Landscaping
POB 2014
Des Plaines, IL   60017

Bob & Peg's Dental
2241 W. Schaumburg Road
Schaumburg, IL   60194

Capital One Bank
1957 Westmoreland Road
Richmond, VA   23276

Capital One Bank
1957 Westmoreland Road
Richmond, VA   23276

CitiFinancial Retail Services
POB 8019
South Hackensack, NJ   07606-8019

Columbia House
1400 N. Fruitridge Ave.
Terre Haute, IN   47811

Columbia House
1400 N. Fruitridge Avenue
Terre Haute, IN   47811

FCI
3703 West Lake Avenue
Glenview, IL   60025-5823

Great Gifts
POB 26597
Lehigh Valley, PA  18002-6597


Harlem Furniture
POB 659704
San Antonio, TX  78265-9704


Hawthorne Village
9210 North Maryland Street
Niles, IL


Household Bank
POB 15521
Baltimore, MD  21297


Household Bank
POB 17051
Baltimore, MD  21297


I.D.E.S.
Benefits Repayment
POB 4385
Chicago, IL  60680-4385


James B. Nutter


Key Bank
POB 6409
The Lakes, NV  88901-6409


Lane Bryant
POB 659728
San Antonio, TX  78265-9728


MBNA America
POB 15137
Wilmington, DE 19886-5137

Pier 1 Imports
POB 90094
West Chester, OH  45071-9094


Raiford D. Palmer
Angelina & Palmer
1701 W. Woodfield Road, Suite 640
Schaumburg, IL  60173


Sam's Club
POB 105980
Atlanta, GA  30353-5980


Sears Card
POB 182149
Columbus, OH  43218-2149


Seventh Avenue
1112 7th Avenue
Monroe, WI  535666


Silkies
POB 7857
Philadelphia, PA  19188


Synergy Credit Services
POB 1927
Santa Rosa, CA  95402


Value City Furniture
POB 659704
San Antonio, TX  78265


Wick's (CitiFinancial)
POB 8019
South Hackensack, NJ  07606

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

In re   Michael Uva & Raimonda M. Uva_____ ,
                                    Debtor

Case No. _____

Chapter   13

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $1,500.00.

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date _                    Signature

John E. Ellsworth, Bar No. 0009369

John E. Ellsworth
John Ellsworth,
Attorney At Law
345 Georgetown
Square, Suite 204
Wood Dale, IL  60191
(630) 766-3976
(630) 766-3796